IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN NKANSAH, | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DOTUN AIYEGBUSI et al., | : | No. 16-587 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 8th day of December, 2016, upon consideration of Defendants Dotun Aiyegbusi and Byron Drayton's Motion to Dismiss (Docket No. 14), Plaintiff's Opposition thereto (Docket No. 16), Defendants' Reply (Docket No. 18), Defendant Robert Towns's Motion to Dismiss (Docket No. 24), and Plaintiff's Opposition thereto (Docket No. 27), and following oral argument on November 21, 2016, it is **hereby ORDERED** that:

1. Defendants Dotun Aiyegbusi and Byron Drayton's Motion (Docket No. 14) is **GRANTED in part**, as to the fraud claim against Mr. Aiyegbusi, and **DENIED in part**, as to the fraud claim against Mr. Drayton. Count II of Plaintiff's Complaint (Docket No. 1) is **DISMISSED without prejudice** as to Dotun Aiyegbusi only.
2. Defendant Robert Towns's Motion (Docket No. 24) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1