IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN NKANSAH,
    *Plaintiff*,

v.

DOTUN AIYEGBUSI et al.,
    *Defendants*.

CIVIL ACTION

No. 16-587

# O R D E R

**AND NOW**, this 2nd day of October, 2017, upon consideration of Defendant Dotun Aiyebusi's Motion for Summary Judgment (Docket No. 50), Defendant Byron Drayton's Motion for Summary Judgment (Docket No. 51), Defendant Robert Towns's Motion for Summary Judgment (Docket No. 52), Defendant Robert Lee Williams's Motion for Summary Judgment (Docket No. 53), Plaintiff's Opposition (Docket Nos. 60-63), Plaintiff's Omnibus Supplemental Response (Docket No. 72), and Defendants' Replies (Docket Nos. 73-76), and following oral argument on September 22, 2017, it is **hereby ORDERED** that:

1. Defendant Dotun Aiyebusi's Motion for Summary Judgment (Docket No. 50) is **GRANTED**. The sole remaining claim against Mr. Aiyegbusi is **DISMISSED**.

2. Defendant Byron Drayton's Motion for Summary Judgment (Docket No. 51) is **GRANTED**. The sole remaining claim against Mr. Drayton is **DISMISSED**.

3. Defendant Robert Lee Williams's Motion for Summary Judgment (Docket No. 53) is **GRANTED**. The sole claim against Mr. Williams is **DISMISSED**.

4. Defendant Robert Towns's Motion for Summary Judgment (Docket No. 52) is **GRANTED in part and DENIED in part**. The Motion (Docket No. 52) is

**DENIED** with respect to the breach of contract claim against Mr. Towns. The claims for fraud and conversion against Mr. Towns are **DISMISSED**.

                              BY THE COURT:


                              S/Gene E.K. Pratter
                              GENE E.K. PRATTER
                              United States District Judge